Case 1:15-cv-01202-RJJ-RSK   ECF No. 1 filed 11/18/15   PageID.1   Page 1 of 2

FILED - KZ
November 18, 2015 3:52 PM
CLERK OF CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
bd____ Scanned by ___ /1-19

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT

Melindia Jackson
General Delivery
Dimondale, MI  48821
Phone Number 734 787-7224

1:15-cv-1202
Robert J. Jonker, Chief Judge
U.S. District Court

State Farm Insurance Company Legal Department

Defendant

Notice of Discrimination for Disability under the ADA Act in Federal Court.

Sign _Melindia Jackson_    Date _11-18-15_

## Complaint

I the plaintiff have filed against the insurance company for discriminating against me for having a prior accident which I had become disable from before the one that their insured had injured me in 2008. The claim was filed in state court and closed which was handle very badly by the attorneys and the claim adjusters who did mock my prior disability. State Farm had prior knowledge of my disability before this last one in 2008. Causing me bodily harm and I had two shoulder surgeries. I have a scar for life because of this injury.

## Resolution

I'm asking for $100,000.00 which the insured had on their policy. The state court was prejudice against me for a number of reason, but this company was bias before of my disability prior.

Sign _Melindia Jackson_    Date _11-18-15_