UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELINDIA JACKSON,

        Plaintiff,

                                        CASE NO. 1:15-CV-1202

v.

                                        HON. ROBERT J. JONKER

STATE FARM INSURANCE
COMPANY LEGAL DEPARTMENT,

        Defendant.
_____/

## JUDGMENT

        In accordance with the Order Approving and Adopting Report and Recommendation as Modified entered this day, Judgment is entered in favor of Defendant State Farm Insurance Company Legal Department and against Plaintiff Melindia Jackson.


Dated:     February 22, 2016         /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      CHIEF UNITED STATES DISTRICT JUDGE